IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SINIO TRONTE CASSEL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-3462-L |
| | § | |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration** | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was brought pursuant to 42 U.S.C. § 405(g) and referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 28, 2016, recommending that the court affirm in all respects the final decision of the administrative law judge or Commissioner of the Social Security Administration ("Commissioner"). No objections to the Report were filed. Having reviewed the pleadings, file, record, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **affirms** the Commissioner's decision and **dismisses with prejudice** this appeal.

**It is so ordered** this 16th day of August, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**